# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> vs. § <br> § <br> BEKIR BULUC § <br> a/k/a Celebi Buluc § <br> a/k/a Bekir Celibi § | CRIMINAL NO. H 16 525 <br><br> United States Courts <br> Southern District of Texas <br> FILED <br><br> NOV 16 2016 <br><br> David J. Bradley, Clerk of Court |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT I
(8 U.S.C. § 1253 (a)(1)(C))
(Preventing Departure)

On or about October 4, 2016, in the Southern District of Texas, and within the jurisdiction of the Court,

**BEKIR BULUC,**
**a/k/a Celebi Buluc,**
**a/ka/ Bekir Celebi,**

an alien, against whom a final order of removal was outstanding by reason of being a deportable alien, did knowingly connive and conspire, and take other action, designed to prevent and hamper and with the purpose of preventing and hampering the alien's departure.

In violation of Title 8, United States Code, Section 1253(a)(1)(C).

A TRUE BILL:

Original signature on File
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By: *[signature]*
DOUGLAS DAVIS
Assistant United States Attorney